**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
Julia C. Dudley, Clerk
1101 Court Street, Room A66
Lynchburg, VA 24504
October 30, 2012

**NOTICE IN BANKRUPTCY APPEAL**

Re: Robert M. Johnson v. John Thomas Dowling, Civil Action No. 6:12CV00065
Bankruptcy Court Docket Number:  12-06017
Date Docketed in this Court: October 29, 2012
Judge Assigned: U. S. District Judge Norman K. Moon

To Counsel:

    This bankruptcy appeal was docketed in this Court on the date shown above.  Pursuant to Bankruptcy Rule 8009, an appellant must file a brief within fourteen (14) days of such date.  An appellee must file a brief within fourteen (14) days after service of the brief of appellant and an appellant may file a brief in reply within fourteen (14) days after service of the brief of appellee.

    If oral argument is desired by any party, the Judge's scheduling clerk must be contacted promptly within the deadlines given above, or it will be assumed that oral argument as permitted by Bankruptcy Rule 8012 is not desired by any party and the appeal will be decided upon the briefs.

                                           Sincerely yours,

                                           JULIA C. DUDLEY, Clerk

                                 By:    /s/Fay Coleman
                                         Deputy Clerk